### BLAIR v. HAGEMEYER et al.

(Supreme Court, Appellate Division, First Department. April 17, 1896.)

Appeal from special term, New York county.

Action by John I. Blair against George Hagemeyer and others. From an order making an assignee for creditors of defendants Hagemeyer a defendant, plaintiff appeals. Affirmed.

Argued before VAN BRUNT, P. J., and WILLIAMS, PATTERSON, O'BRI-EN, and INGRAHAM, JJ.

Clarence E. Mitchell, for appellant.
William C. Beecher, for respondent.

PATTERSON, J. For the reasons stated in the case of Bank v. Hagemeyer (decided herewith) 38 N. Y. Supp. 626, the order appealed from should be affirmed, with costs.

WILLIAMS and O'BRIEN, JJ., concur.

INGRAHAM, J. (dissenting). The questions here involved are the same as those discussed in the case of Bank v. Hagemeyer (herewith handed down) 38 N. Y. Supp. 626, and for the reasons therein given I am of the opinion that the order should be reversed.

VAN BRUNT, P. J., concurs.